NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HARRY DUNLEAVY, | : | |
| | : | |
| Plaintiff, | : | **Hon. Dennis M. Cavanaugh** |
| | : | |
| v. | : | **ORDER** |
| | : | |
| EDWARD GANNON, ALAN HANDLER, JOHN TONELLI, CANDACE MOODY, LT. JAMES MCINNESS, JOHN PALM, ROBERT STOBER, CHARLES CENTINARO, BARRY FRANK, JOHN BRESLIN, GARY LIGHTMAN, JOHN BARBARULA, LAURIE VEIGHT, TIMOTHY MATTESON, PETER ROMAINE, NEW JERSEY STATE POLICE, NEW JERSEY BAR ASSOCIATION, OFFICE OF ATTORNEY ETHICS, LAKELAND BANK, | : | Civil Action 2:11-cv-0361(DMC)(MF) |
| Defendants. | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

      This matter comes before this Court on three motions by Defendants Frank, Breslin and Gary Lightman for attorneys' fees and costs owed. On June 12, 2012, William D. Sanders, counsel from the McGivney & Klugler, PC firm representing Defendant Breslin, wrote to inform the Court that their motion should be withdrawn, the parties having settled the matter (ECF No. 116). This Court terminated the motion on the same day. The only motions remaining in this matter are motions for fees filed by Defendants Frank and Lightman (ECF Nos. 90 and 92).

Pursuant to FED. R. CIV. P. 78, granting this Court the authority to resolve the motion on the papers, no oral argument was heard.

After considering all submissions, and for the reasons stated in this Court's Opinion filed this day;

IT IS on this   13th   day of August, 2012;

**ORDERED** that Defendant Lightman's motion for fees is **denied** (ECF No. 92);

and it is further**,**

**ORDERED** that Defendant Frank's motion for fees is **granted in an amount of $28,233.27.**

S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Orig.:      Clerk
cc:          All Counsel of Record
             Honorable Mark Falk, U.S.M.J.